**VAN–126** Order for Refund of Unclaimed Funds – Rev. 01/08/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
James Thomas Tart Jr.
( debtor has no known aliases )
289 EASTON ST.
ROANOKE RAPIDS, NC 27870

TaxID: NA

Audrey R Tart
( debtor has no known aliases )
289 EASTON ST.
ROANOKE RAPIDS, NC 27870

TaxID: NA

CASE NO.: 96–01814–5–JNC

DATE FILED: October 24, 1996

CHAPTER: 13

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $1,113.14 constituting unclaimed funds is declared due to Caterpillar Financial Services Corp., 2120 West End Ave., Nashville, TN 37203 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: August 5, 2016

Joseph N. Callaway
United States Bankruptcy Judge